# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALBERTO TORRES CARO,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84151

FILED

APR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Initial review of the notice of appeal revealed a jurisdictional defect. Specifically, appellant's notice of appeal was untimely. The judgment of conviction was entered December 21, 2021, but appellant's notice of appeal was not filed until January 24, 2022, 4 days after the expiration of the appeal period prescribed by NRAP 4(b). Accordingly, this court directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response to the order to show cause, appellant's counsel agrees that this appeal should be dismissed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). This court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-13699

cc: Hon. Kathleen M. Drakulich, District Judge
Alberto Torres Caro
Law Office of William J. Routsis II, Esq.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A